IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SEAN P REILLY,

    Petitioner,

v.                                                      CASE NO. 4:09-cv-00477-MP-WCS

LARRY CAMPBELL,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Request for Assistance from the Court Titled "Notice of Inquiry" by Sean P. Reilly, Doc. 12. Mr. Reilly petitioned for a writ of habeas corpus, Doc. 1, and that petition was dismissed, Doc. 10. Mr. Reilly has not re-filed or appealed that dismissal, instead responding by asking a pure question of law to the Court. That question of law is unrelated to any currently pending case or controversy. The Court may not answer such questions or offer advisory opinions, but rather may only adjudicate disputes properly before it and ripe for adjudication. Therefore, the Court declines to answer Mr. Reilly's inquiry.

        **DONE AND ORDERED** this _23rd_ day of February, 2010

                                            *s/Maurice M. Paul*
                                Maurice M. Paul, Senior District Judge